UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:13-CV-173-BO

| Darlene Mongold, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, *Acting Commissioner* | ) | |
| *Of Social Security,* | ) | |
| Defendant. | ) | |

For good cause shown, the plaintiff's Motion for an Extension of Time to file her Motion for Judgment on the Pleadings has been granted. It is hereby ordered that the plaintiff has up to and including December 1, 2014, to file her motion.

This is the 21 day of October, 2014.

Terrence Boyle
Honorable Terrence W. Boyle
United States District Court Judge