IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-173-BO

| | |
|---|---|
| DARLENE ANN MONGOLD, )<br>               Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>*Acting Commissioner of Social Security,* )<br>               Defendant. ) | **ORDER** |

This cause comes before the Court following the Court's order for plaintiff to show cause why this matter should not be dismissed. [DE 39]. Plaintiff has failed to respond within the time provided, and this action is therefore DISMISSED for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The clerk shall enter judgment accordingly and close the file.

SO ORDERED, this _3_ day of March, 2015.

                                                      TERRENCE W. BOYLE
                                                    UNITED STATES DISTRICT JUDGE