UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Darlene Ann Mongold, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) | 7:13-CV-173-BR |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is DISMISSED for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. This case is closed.

**This judgment filed and entered on March 3, 2015, and served on:**

R. A. Renfer , Jr. (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)
Darlene Ann Mongold (via US Mail at 3006 Lauren Place Drive, Apt. 103, Wilmington, NC 28405)

March 3, 2015 /s/ Julie Richards Johnston,
Clerk of Court